**No. 62557.**—Carson M. Simon & Co. *v.* United States, protests 295511–K (A) and 295511–K (B) (Philadelphia).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the items marked "A" consist of baptismal fonts or glass mosaics which would now be classified by the appraiser under paragraph 1774, as amended, *supra*, and that the items marked "B" consist of a main altar reredos the same as that the subject of *Bernardini Studios* v. *United States* (39 Cust. Ct. 281, C. D. 1942), the claim of the plaintiff was sustained.